## MISSOURI, O. & G. RY. CO. v. CLIFFORD.

Nos. 3136, 3133, 3131, 3138. Opinion Filed November 2, 1915.

Rehearing Denied November 23, 1915.

(152 Pac. 1072.)

KILLING OF STOCK. Syllabus in **Missouri, Oklahoma & Gulf Railway Company v. A. J. O'Neal, ante,** p. 527, 152 Pac. 1071, this day handed down, is adopted as the syllabus in these cases.

(Syllabus by Galbraith, C.)

*Error from County Court, Coal County;*
*R. H. Wells, Judge.*

Actions by J. N. Clifford, R. C. Hickman, W. M. White, and G. W. O'Neal, against the Missouri, Oklahoma & Gulf Railway Company. Judgment for plaintiffs, and defendant brings error. Affirmed.

*E. R. Jones, J. C. Wilhoit, Alexander New,* and *Arthur Miller,* for plaintiff in error.

*G. T. Ralls,* for defendant in error.

Opinion by GALBRAITH, C. These several cases are appeals from judgments rendered against the railroad company for killing stock, and the judgments were for varying amounts, ranging from $15 to $175.

The facts in the several cases differ, but the assignments of error are the same in each and the same as in *M., O. & G. Ry. Co. v. A. J. O'Neal, ante,* p. 527, 152 Pac. 1071, this day handed down, and the law of that case controls in each of these.

Wherefore, for the reasons given in that case, we recommend that the judgment in each of these cases be affirmed.

By the Court: It is so ordered.